UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| KEVIN JEROME JONES, | § | |
|  Petitioner, | § | |
| | § | |
| v. | § | No. 3:20-cv-3210-B (BT) |
| | § | |
| DIRECTOR, TDCJ-CID, et al., | § | |
|  Respondents. | § | |

## JUDGMENT

The Court has entered its Order accepting the findings, conclusions and recommendation of the United States Magistrate Judge in this case.

It is therefore ORDERED, ADJUDGED and DECREED that Plaintiff's complaint is DISMISSED as barred by the three-strikes provision of 28 U.S.C. § 1915(g), and his motion for leave to proceed *in forma pauperis* is DENIED. Such dismissal is with prejudice to the refiling of an *in forma pauperis* complaint raising the same claims as presented here, but without prejudice to the refiling of this complaint with full payment of the $400.00 filing fee (includes $50 administrative fee).

SO ORDERED.

Signed this 12th day of November, 2020.

JANE J. BOYLE
UNITED STATES DISTRICT JUDGE